**No. 10-5464. Sherwin Perkins, Petitioner v. Thomas Ammons, Warden.**

562 U.S. 1027, 131 S. Ct. 567, 178 L. Ed. 2d 412, 2010 U.S. LEXIS 8803.

November 8, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Holland v. Florida, 560 U.S. 631, 130 S. Ct. 2549, 177 L. Ed. 2d 130 (2010).

Same case below, 366 Fed. Appx. 86.

**No. 10-6315. LaVern Berryhill, Petitioner v. Brad Henry, Governor of Oklahoma, et al.**

562 U.S. 1027, 131 S. Ct. 572, 178 L. Ed. 2d 412, 2010 U.S. LEXIS 8783.

November 8, 2010. Motion of petitioners for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

**No. 10-6564. Bill A. Corbin, Petitioner v. Florida, et al.**

562 U.S. 1027, 131 S. Ct. 575, 178 L. Ed. 2d 412, 2010 U.S. LEXIS 8703.

November 8, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari

to the District Court of Appeal of Florida, First District, dismissed. See Rule 39.8.

Same case below, 38 So. 3d 772.

**No. 10M44. K. F. Moseley, Petitioner v. United States District Court for the District of Hawaii, et al.**

562 U.S. 1028, 131 S. Ct. 587, 178 L. Ed. 2d 412, 2010 U.S. LEXIS 8734.

November 8, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M45. Asem Eldaghar, Petitioner v. City of New York Department of Citywide Administrative Services.**

562 U.S. 1028, 131 S. Ct. 587, 178 L. Ed. 2d 412, 2010 U.S. LEXIS 8737.

November 8, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.